```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

CHARLES LEAVELL HAMILTON                                PLAINTIFF

v.                          CIVIL ACTION NO. 5:16-cv-34-DCB-MTP

ADAMS COUNTY, MISSISSIPPI, *et al*.                    DEFENDANTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation (**docket entry 23**), to which no objections were filed by the Plaintiff.  Having carefully reviewed the same, the Court finds a clear record of delay justifying dismissal pursuant to Federal Rule of Civil Procedure 41(b).  On October 14, 2016, the Court entered a show cause order, advising Plaintiff that his failure to respond could result in the dismissal of his lawsuit.  Plaintiff, who has taken no action in this case since June 8, 2016, failed to comply with the Order.  Finding that the Plaintiff has failed in his obligations to prosecute this case, the Court adopts the Report and Recommendation, and shall dismiss all remaining claims without prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation (docket entry 23) is ADOPTED as the findings and conclusions of this Court.

A Final Judgment dismissing the case without prejudice will follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED, this the 8th day of December, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE